UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| QUY TRUONG, | Case No. 8:25-cv-01424-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ASPEN REALTY, LLC, | |
| Defendant. | |

Pursuant to the Order Granting Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT this action is dismissed without prejudice.

Dated: September 3, 2025

JOHN D. EARLY
United States Magistrate Judge